**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA PLAINTIFF

v. NO. 4:11CR00290-06 JLH

JARED GREENE DEFENDANT

**ORDER MODIFYING BOND CONDITIONS**

Defendant Jared Greene appeared in person with his attorney, Leslie Borgognoni, for a change of plea hearing on Wednesday, July 18, 2012. The government was represented by Assistant United States Attorney Stephanie Gosnell Mazzanti. United States Probation Officers Kimberly Lawson and Audrene Ellis were also present at the hearing.

Following the acceptance of defendant's guilty plea to Count 1s of the Superseding Indictment, the Court determined that defendant would be allowed to remain out on the current bond conditions in order to complete the residential treatment he is currently enrolled in.

IT IS THEREFORE ORDERED that defendant must successfully complete the residential treatment program in which he is currently enrolled in Louisiana. In the event the defendant's treatment is completed prior to the sentencing date, the defendant is directed to self-surrender to the United States Marshals Service to begin serving his term of imprisonment.

All other conditions of supervision remain in full force and effect as previously imposed.

IT IS SO ORDERED this 19th day of July, 2012.

J. Leon Holmes

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE