# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                 NO. 4:11CR00290-12 JLH

JESSICA LEJEUNE GREENE                                    DEFENDANT

## ORDER MODIFYING BOND CONDITIONS

Defendant Jessica Lejeune Greene appeared in person with attorney David Cannon, standing in for attorney Lea Ellen Fowler, for a change of plea hearing on Wednesday, July 18, 2012. The government was represented by Assistant United States Attorney Stephanie Gosnell Mazzanti. United States Probation Officers Kimberly Lawson and Lisa Wilson were also present at the hearing.

Following the acceptance of defendant's guilty plea to Count 1s of the Superseding Indictment, the Court determined that defendant would be allowed to remain out on the current bond conditions in order to return to the chemical-free living program at the Freedom House in Russellville.

IT IS THEREFORE ORDERED that defendant must successfully find employment and continue to reside in the chemical-free living program at the Freedom House in Russellville. In the event the defendant is terminated from the chemical-free living program prior to the sentencing date, she is directed to self-surrender to the United States Marshals Service to begin serving her term of imprisonment.

All other conditions of supervision remain in full force and effect as previously imposed.

IT IS SO ORDERED this 19th day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE