# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                      No. 4:11CR00290-06 JLH

JARED GREENE                                                        DEFENDANT

## ORDER

Defendant's motion for extension of time to file objections to the presentence report is GRANTED. Document #350. The deadline for defendant to file objections is extended up to and including September 27, 2012.

IT IS SO ORDERED this 24th day of September, 2012.

                                                       J. LEON HOLMES
                                                       UNITED STATES DISTRICT JUDGE