FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 22 2013
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                       No. 4:11CR00290 JLH

CLAUDIA SUAREZ                                              DEFENDANT

## FINAL ORDER OF FORFEITURE

On February 27, 2013, the Court entered a Preliminary Order of Forfeiture ordering Suarez to forfeit her interest in approximately $41,895.00 in United States currency and a 2004 Land Rover Freelander, VIN # SALNY22254A431127 (collectively, "forfeited property"). (Dkt. 463). The Order provided that it would become final as to Suarez at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced Suarez, and no one has filed a claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property

are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

So Ordered.

_____
Honorable J. Leon Holmes
United States District Judge